144 A.3d 708

## G & G LIMITED

v.

## MICROCOMPUTER SYSTEMS SUPPORT

Pet. Docket No. 199, September Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 708

## HARPER, Victor Steven

v.

## STATE of Maryland

Pet. Docket No. 202, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.